Edmund C. BELLWOOD, Trading as Bellwood Farms, Appellant, v. UNITED STATES of America, Appellee.

No. 3910.

Circuit Court of Appeals, Fourth Circuit.

Oct. 8, 1935.

L. C. Caldwell and David Meade White, both of Richmond, Va., for appellant.

Sterling Hutcheson, U. S. Atty., of Richmond, Va., and H. H. Holt, Jr., Asst. U. S. Atty., of Norfolk, Va., for the United States.

PER CURIAM.

Appeal dismissed as premature, without prejudice to appellant to apply to Dis-

trict Court for imposition of sentence from which appeal can properly be taken.